```
           FILED ____ LODGED
      ____ RECEIVED ____ COPY

            MAR - 7 2006

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
      BY _____
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 94CR00394-001-TUC-JMR |
| ) | |
| PADILLA-HEREDIA, Miguel Angel ) | ORDER QUASHING WARRANT |
| ) | ORDER DISMISSING PETITION |
| Defendant. ) | |

Upon request of the U. S. Probation Officer and good cause appearing, IT IS HEREBY ORDERED:

The warrant issued October 4, 1996, is quashed.
The petition filed October 4, 1996, is dismissed

Dated this ____6____ of __March__, 2006

_____
John M. Roll
UNITED STATES DISTRICT JUDGE

Copies Distributed
3/7/06 hd