# United States District Court
## District of Arizona

# WARRANT FOR ARREST

UNITED STATES OF AMERICA
vs.
**MIGUEL ANGEL PADILLA-HEREDIA**

**CASE NUMBER: CR 94-394-10 TUC-JMR**

(Last Known Address)

To:  The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   **MIGUEL ANGEL PADILLA-HEREDIA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

♦ Indictment  ♦ Information  ♦ Complaint  **XX** _Order of Court_  ♦ Violation Notice  ♦ Probation Violation Petition

charging him or her with (brief description of offense)

**VIOLATION OF CONDITIONS OF SUPERVISED RELEASE**

in violation of Title _____ United States Code, Section(s) _____

RICHARD H. WEARE
Name of Issuing Officer

_M. Hardeman_ (signature)
Signature of Issuing Officer

Marilyn Hardeman
(By) Deputy Clerk

CLERK
Title of Issuing Officer

OCT 4, 1996, TUCSON, AZ
Date and Location

Bail fixed at $ **TO BE HELD WITHOUT BAIL PENDING APPEARANCE BEFORE THIS COURT**    by **HON. JOHN M. ROLL**
United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

COPIES: USA, WILLIAMS, PO, USM/org. ~~& co~~, JMR, file